UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY LEGATE, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY MUNICIPLE CORPORATION, <br><br> Defendant. | CASE NO. C13-1045 MJP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

This matter is before the Court on Plaintiff's Complaint and the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. There were no objections filed to the Report and Recommendation, although the Court notes the copy of the Report and Recommendation sent to Plaintiff was returned to the Court as undeliverable. (Dkt. No. 8.) Upon a full review of the Complaint and the Report and Recommendation, the Court finds and ORDERS:

    (1)    The Court adopts the Report and Recommendation.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING CASE-
1

1       (2)    Plaintiff's complaint (Dkt. No. 5) and this action are DISMISSED, without

2 prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to adequately state a claim for relief

3 under 42 U.S.C. § 1983.

4       (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

5 James P. Donohue.

6       The clerk is ordered to provide copies of this order to all counsel.

7       Dated this 2nd day of December, 2013.

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING CASE-
2